| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Samantha Galvez** | Social Security number or ITIN | **xxx–xx–4365** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of New York | Date case filed for chapter 7 | 5/30/18 |
| Case number: | 18–11655–mkv | | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case

12/17

**For the debtor(s) listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Samantha Galvez | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2370 First Ave.<br>Apt. 6B<br>New York, NY 10035 | |
| 4. | **Debtor's attorney**<br>Name and address | Jacob Silver<br>Attorney At Law<br>26 Court Street<br>Suite 1201<br>Brooklyn, NY 11242 | Contact phone (718) 855–3834<br>Email: silverbankruptcy@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Kenneth Silverman<br>Silverman Acampora LLP<br>100 Jericho Quadrangle<br>Suite 300<br>Jericho, NY 11753 | Contact phone (516) 479–6300<br>Email: filings@spallp.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Bowling Green<br>New York, NY 10004–1408<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours: Monday – Friday<br>8:30 AM – 5:00 PM<br><br>Contact phone 212–668–2870<br>Date: 5/31/18 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 3, 2018 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Debtor should bring this notice to the first meeting of creditors, together with any other documents requested by the trustee. | Location:<br><br>**Office of the United States Trustee, United States Bankruptcy Court, SDNY, One Bowling Green, Room 511, Fifth Floor, New York, NY 10004–1408** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/4/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** | No property appears to be available to pay creditors. Therefore, other than claims secured by a security interest in the principal residence, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | | Deadline for holder(s) of a claim secured by a security interest in the principal residence pursuant to Rule 3002(c)(7)(A): | **Filing deadline:** 70 days after the order for relief is entered. |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Debtors** | Duty to complete Financial Management Course and File Certificate: The Personal Financial Management Course must be completed and Official Form 423 (Certification About a Financial Management Course) must be filed within 60 days after the first date set for your section 341(a) meeting, pursuant to Bankruptcy Rule 1007(c). Please note: You will not receive your discharge and your case will be closed without entry of a discharge, if you do not file the form within the required time allotted. If you fail to file the Certification About a Financial Management Course and your case is closed, you will be required to file a Motion to Reopen the Case to allow for filing of the Certification, paying required fees, if any become due, applicable to either the reopening of the case or filing of the motion. | |

```
                         United States Bankruptcy Court
                         Southern District of New York

In re:                                                    Case No. 18-11655-mkv
Samantha Galvez                                           Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE

District/off: 0208-1      User: joramos          Page 1 of 2      Date Rcvd: May 31, 2018
                          Form ID: 309A          Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
```
db          +Samantha Galvez,   2370 First Ave.,   Apt. 6B,   New York, NY 10035-3216
smg          N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY 12201-0551
smg          New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY 11201-3719
smg         +United States Attorney's Office,   Southern District of New York,
              Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,   New York, NY 10007-1825
7348041     +ENCORE,   RECEIVABLES MANAGEMENT,   400 N ROGERS ROAD,   P.O. BOX 3330,   OLATHE, KS 66063-3330
7348042     +EQUIFAX CREDIT INFO. SERV,   P.O. BOX 740241,   ATLANTA, GA 30374-0241
7348043     +EXPERIAN NATIONAL CONSUME,   P.O. BOX 4500,   ALLEN, TX 75013-1311
7348045     +NIAGRA CREDIT SOL,   1212 ABBOT RD,   # D,   BUFFALO, NY 14218-1900
7348046     +NYC CORPORATION COUNSEL,   100 CHURCH STREET,   NEW YORK, NY 10007-2668
7348047     +NYC HRA,   150 GREENWICH ST,   34TH FLOOR,   NEW YORK, NY 10007-5211
7348048     +NYC HUMAN RESOURCES ADMIN,   180 WATER STREET,   9TH FLOOR,   NEW YORK, NY 10038-3562
7348052     +RUBIN & ROTHMAN, ESQ.,   1787 VETERANS HIGHWAY,   SUITE - 32   P.O.B. 9003,
              ISLANDIA, NY 11749-1500
7348053      TRANSUNION CONSUMER RELAT,   P.O. BOX 1000,   CHESTER, PA 19016
7348054     +ZWICKER & ASSOCIATES, P.C,   120 ALLENS CREEK ROAD,   ROCHESTER, NY 14618-3306
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: silverbankruptcy@gmail.com May 31 2018 19:32:04     Jacob Silver,
              Attorney At Law,   26 Court Street,   Suite 1201,   Brooklyn, NY 11242
tr          +EDI: QKPSILVRMANNYS.COM May 31 2018 23:49:00     Kenneth Silverman,   Silverman Acampora LLP,
              100 Jericho Quadrangle,   Suite 300,   Jericho, NY 11753-2702
smg          E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 31 2018 19:32:37
              New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
              Albany, NY 12205-0300
ust         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov May 31 2018 19:32:11     United States Trustee,
              Office of the United States Trustee,   U.S. Federal Office Building,
              201 Varick Street, Room 1006,   New York, NY 10014-9449
7348034     +EDI: AMEREXPR.COM May 31 2018 23:48:00     AMEX,   PO BOX 297871,
              FORT LAUDERDALE, FL 33329-7871
7348035      EDI: BANKAMER.COM May 31 2018 23:49:00     BK OF AMER,   PO BOX 982238,   EL PASO, TX 79998
7348036      EDI: CAPITALONE.COM May 31 2018 23:49:00     CAPITAL ONE,   15000 CAPITAL ONE DR,
              RICHMOND, VA 23238
7348037     +EDI: WFNNB.COM May 31 2018 23:48:00     COMENITYCB/C21,   PO BOX 182120,
              COLUMBUS, OH 43218-2120
7348038     +EDI: CONVERGENT.COM May 31 2018 23:49:00     CONVERGENT OUTSOURCING IN,   800 SW 39TH ST.,
              PO BOX 9004,   RENTON, WA 98057-9004
7348040     +EDI: DISCOVER.COM May 31 2018 23:48:00     DISCOVER FIN SVCS LLC,   PO BOX 15316,
              WILMINGTON, DE 19850-5316
7348044     +EDI: NESF.COM May 31 2018 23:43:00     NES,   NATIONAL ENTERPRISE SOLUT,   29125 SOLON ROAD,
              SOLON, OH 44139-3442
7348049     +EDI: PRA.COM May 31 2018 23:48:00     PORTFOLIO RECOV ASSOC,   120 CORPORATE BLVD STE 1,
              NORFOLK, VA 23502-4952
7348050     +EDI: PRA.COM May 31 2018 23:48:00     PORTFOLIO RECOVERY ASSOCI,   140 CORPORATE BOULEVARD,
              NORFOLK, VA 23502-4952
7348051     +E-mail/Text: Supportservices@receivablesperformance.com May 31 2018 19:32:31     RPM,
              RECEIVABLES PERFORMANCE M,   20816  44TH AVE. W,   LYNNWOOD, WA 98036-7744
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7348039      DEBT COLLECTORS,   COLLECTION AGENCIES AND,   ATTORNEYS FOR MATRIX
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                              Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2018 at the address(es) listed below:

        Jacob Silver   on behalf of Debtor Samantha Galvez silverbankruptcy@gmail.com, r39976@notify.bestcase.com

        Kenneth Silverman   filings@spallp.com, ksilverman@ecf.epiqsystems.com

        United States Trustee   USTPRegion02.NYECF@USDOJ.GOV

        TOTAL: 3